# EXHIBIT A

Bolder Technologies Corporation
Bankr. Case No. 01-01412 (PJW)
Exhibit A

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 118 | Lisa Spinazze<br>3809 Carr Place N.<br>Seattle, WA 98103 | 12 | 203.72 |
| 124 | Emazing.com<br>c/o Sony Music Entertainment, Inc.<br>550 Madison Avenue<br>New York, NY 10022 | 14 | 3,417.28 |
| 136 | Lydia Bagwell<br>9034 SE Pine St.<br>Portland, OR 97216 | 34 | 847.75 |
| 152 | Eschelon Telecom, Inc.<br>c/o CrediSolve<br>P. O. Box 48439<br>Minneapolis, MN 55448-0439 | 31 | 2,461.21 |
|  |  |  | $6,929.96 |