# IN THE UNITED STATES BANKRUPTY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE:

CYBERSIGHT LLC

        Debtor.

CHAPTER 7

CASE NO. 02-11033 (PJW)

RE: Docket No. 322

## ORDER TO PAY UNCLAIMED FUNDS TO THE COURT

**IT IS ORDERED** that the Trustee shall pay unclaimed funds, as stated in the foregoing Motion, in the amount of $6,929.96 representing payment of claims to creditors, to the Clerk, United States Bankruptcy Court for the District of Delaware.

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

Ordered this _3_ day of _Oct_, 20_08_.